IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA ROGERS, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:05-cv-359-F |
| ) | WO |
| JOSE BARRON, JR., *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 24, 2005 (Doc. #16), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot since a more favorable decision on the merits would not entitled petitioner to any additional relief.

DONE this 23rd day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE